FILED '23 10 23 PM02:50 MDGA-ALB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE [MIDDLE DISTRICT]

**EDRICK HARDRICK,**
**Plaintiff,**

vs.

**NAVY FEDERAL CREDIT UNION,**
**Defendant,**

**COMPLAINT**

INTRODUCTION

1. This complaint arises from the Defendant's breach of contract, unjust enrichment, and violation of the Uniform Commercial Code (U.C.C.) in relation to a negotiable instrument, specifically a coupon note, which the Defendant issued but subsequently refused to honor.

FACTUAL ALLEGATIONS

2. Plaintiff, Edrick M. Hardrick, entered into a financial agreement with the Defendant, [NAVY FEDERAL CREDIT UNION].

3. As part of this agreement, Defendant issued to the Plaintiff a Bond Statement and a coupon note. These are recognized as negotiable instruments under U.C.C. Article 3.

4. Black's Law Dictionary 6th edition defines:
   *Coupon notes-* Promissory notes with coupons attached, the coupons being notes for interest written at the bottom of the principal note.
   *Coupons-* They are written contracts for the payment of a definite sum of money. They are deemed "negotiable" and distinct promises. This is supported by Thompson V. Perrine, 106 U.S. 589, 1 S.Ct. 564, 27 L.Ed. 298.

5. Relying on this established interpretation and precedent, the Plaintiff sought to enforce this coupon note through endorsement and transfer in good faith, as stipulated in U.C.C. 3-301.

6. If such a promise to pay is rendered invalid, it casts doubt on the legitimacy of the entire debt. As established in U.C.C., the debt is either considered satisfied or entirely nullified.

7. The Defendant's refusal to honor this note, despite the Plaintiff's actions in alignment with the U.C.C., amounts to a full discharge of the debt as per U.C.C. 3-603.

8. It falls upon the Defendant to demonstrate that the issued coupon note does not fulfill the criteria established in the U.C.C.

9. By not acknowledging the Plaintiff's rightful claim, the Defendant unjustly benefits from the security of the landed estate, which has been trustfully placed into the EDRICK HARDRICK Living Trust.

## CLAIMS FOR RELIEF

### COUNT I: BREACH OF CONTRACT

10. By refusing to honor the coupon note, an integral component of their agreement, the Defendant is in breach of contract.

### COUNT II: UNJUST ENRICHMENT

11. The Defendant has unjustly profited from the Plaintiff's assets without fulfilling their obligations, leading to unjust enrichment.

### COUNT III: VIOLATION OF U.C.C. PROVISIONS

12. The Defendant's refusal to recognize the coupon note, a recognized negotiable instrument under the U.C.C., is a direct violation of the provisions of U.C.C. 3-301 and U.C.C. 3-603.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Edrick M. Hardrick, seeks:

a. A declaration from the Court that the coupon note is valid and enforceable; b. Monetary judgment in favor of the Plaintiff for the full value of the negotiable instrument and any subsequent damages stemming from its non-acceptance; c. An injunction mandating the Defendant to honor the coupon note and any future such instruments; d. Damages for breach of contract, unjust enrichment, and violation of the U.C.C., with interest; e. Attorney's fees, costs, and any other relief the Court deems necessary and just.

Respectfully submitted,

[Edrick Hardrick 229-603-9532]

Ehardrick23@gmail.com

_[signature]_

Plaintiff