IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

EDRICK HARDRICK,   *

       Plaintiff,   *

v.    Case No. 1:23-CV-184(LAG)

  *

NAVY FEDERAL CREDIT UNION, 

  *

       Defendant.

  *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 26th day of February, 2024.

                                     David W. Bunt, Clerk

                                     s/ William C. Lawrence, Deputy Clerk